IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 04-30672 |
| PEPSNIK, MICHAEL J., and | ) CHAPTER 7 |
| DOUBEK, SARAH A. | ) |
| | ) HON. MANUEL BARBOSA |
| Debtors. | ) |

### NOTICE OF FILING

TO:  U.S. Courthouse           Hon. Manuel Barbosa
     Bankruptcy Clerk          U.S. District court
     Assignment Desk, Rm 710   219 S. Dearborn, Room 644
     219 S. Dearborn St.       Chicago, IL  60604
     Chicago, IL  60604

**YOU ARE HEREBY NOTIFIED** that the undersigned filed with the Clerk of the U.S. Bankruptcy District Court for the Northern District of Illinois by depositing **TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS** in a United States Mail Box located in the City of Geneva, Kane County, Illinois, with postage prepaid on the 11th day of August, 2005, enclosed in an envelope properly and securely sealed and plainly addressed and sent copies to the following attorneys and parties of record.

_____
Roy Safanda

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 04-30672 |
| PEPSNIK, MICHAEL J., and | ) CHAPTER 7 |
| DOUBEK, SARAH A. | ) |
| | ) HON. MANUEL BARBOSA |
| Debtors. | ) |

**TRUSTEE'S REPORT OF DEPOSIT
OF UNCLAIMED FUNDS**

Roy Safanda, Trustee, pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On August 18, 2004, Debtors filed their Voluntary Chapter 7 Petition. Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On June 10, 2005, Trustee sent distribution checks via U. S. Mail to the creditor listed on the attached Exhibit "A".

3. The distribution check for this creditor has not been cashed. All reasonable attempts have been expended to have the creditor cash the check, but the creditor has returned the check un-cashed.

4. By reason of the foregoing, Trustee has issued a replacement check in the amount of the dividend, payable to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

*[signature]*

Roy Safanda, Trustee

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL 60134-2402
(630) 262-1761

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 04-30672 |
| PEPSNIK, MICHAEL J., and | ) CHAPTER 7 |
| DOUBEK, SARAH A. | ) |
| | ) HON. MANUEL BARBOSA |
| Debtors. | ) |

### PROOF OF SERVICE

Linda E. Santiago, being first duly sworn on oath, deposes and states that she did deposit a copy of the foregoing **NOTICE OF FILING, TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS and PROOF OF SERVICE,** in a United States Post Office Box in the City of Geneva, Kane County, Illinois, with postage prepaid on the 11th day of August, 2005, enclosed in an envelope properly and securely sealed and plainly addressed to the following attorneys of record and creditors:

SUBSCRIBED and SWORN to before me
this 11th day of August, 2005.

_____
Notary Public



"OFFICIAL SEAL"
ROY A SAFANDA
COMMISSION EXPIRES 06/14/08

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 04-30672 |
| PEPSNIK, MICHAEL J., and | ) CHAPTER 7 |
| DOUBEK, SARAH A. | ) |
| | ) HON. MANUEL BARBOSA |
| Debtors. | ) |

## SERVICE LIST

U. S. Courthouse
Bankruptcy Clerk
Assignment Desk, Rm. 710
219 S. Dearborn Street
Chicago, IL 60604

Stephen G. Wolfe
Trial Attorney
Office of U. S. Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606

Michael Pepsnik
2073 College Green Drive
Elgin, IL  60123

Sarah A. Doubek
2073 College Green Drive
Elgin, IL  60123

Brad S. Covey
Covey Law Firm, PC
232 S. Batavia, Ave.
Batavia, IL  60510

Cardmember Services
POB 15922
Wilmington, DE  19850-5922